IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 8:07CR427 |
| v. | ) | |
| JOHN RAY BLUE, | ) | ORDER |
| Defendant. | ) | |

This matter is before the court on defendant's application to proceed in forma pauperis on appeal, Filing No. 27. Defendant has been convicted of bankruptcy fraud after a plea of guilty. He has filed a notice of appeal of his conviction and sentence. Filing No. 21. The defendant had retained counsel who represented him in these proceedings. Defendant's application to proceed in forma pauperis shows that he is indigent, notwithstanding his prior ability to obtain retained counsel. Defendant is presently employed making approximately $350 a week, but is scheduled to self-surrender once the Bureau of Prisons notifies him of his place of incarceration. The court finds defendant has shown that he is unable to pay fees and costs or to give security therefor. Furthermore, defendant seeks to appeal his criminal conviction and sentence and is entitled to seek that redress. Accordingly,

IT IS ORDERED that the defendant's motion for leave to appeal in forma pauperis, Filing No. 27, is granted.

DATED this 26th day of June, 2008.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge